No. 424. BOURGEOIS *v.* MERCANTILE NATIONAL BANK OF MIAMI BEACH, FLORIDA. Supreme Court of Florida. Certiorari denied. *Jacob Rassner* for petitioner. *Lewis Horwitz* and *L. J. Cushman* for respondent.

No. 427. NORTH CENTRAL PUBLIC SERVICE CO. ET AL. *v.* NORTHERN NATURAL GAS CO. ET AL. C. A. 8th Cir. Certiorari denied. *Raymond A. Smith* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell* and *Howard E. Wahrenbrock* for the Federal Power Commission, respondent.

No. 428. LITMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Stull* and *Joseph M. Howard* for the United States.

No. 429. BENTON COUNTY, OREGON, ET AL. *v.* LAFFERTY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul R. Connolly* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the Secretary of the Treasury et al., *A. W. Lafferty, pro se,* and *James P. Kem, Byron N. Scott, Monte Appel* and *Donald C. Walker* for Merrick et al., respondents.

No. 431. W. T. GRANT CO. *v.* JOSEPH, COMPTROLLER OF THE CITY OF NEW YORK. Court of Appeals of New York. Certiorari denied. *Sol Charles Levine* for petitioner. *Peter Campbell Brown, Stanley Buchsbaum* and *Leroy Mandle* for respondent.